MARK E. SANDFORD, Appellant, *v.* HENRY WAGNER, Respondent.

*Sandford* v. *Wagner,* 71 App. Div. 617, appeal dismissed.
(Submitted October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that no question of law was involved in the appeal and that the Court of Appeals had, therefore, no jurisdiction to entertain it.

*Edward Hymes* for motion.

*Alex. Thain* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

SALVATORE PEGGO, Respondent, *v.* THOMAS DINAN, Appellant.

*Peggo* v. *Dinan,* 72 App. Div. 434, appeal dismissed.
(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1902, which reversed an order of Special Term denying a motion by plaintiff to amend a judgment previously entered against him and granted said motion.

The motion was made upon the ground that the order of the Appellate Division herein was not appealable to the Court of Appeals as a matter of right.

*Jonathan Deyo* and *John M. Gardner* for motion.

*Abram J. Rose* and *Alfred C. Petté* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.